UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20131-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MIGUEL BELLO-VALDEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    The matter before the Court is Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 21]. In the report and recommendation, Judge Becerra recommends that Defendant Jose Miguel Bello-Valdez freely and voluntarily entered a guilty plea to aggravated identity theft under 18 U.S.C. § 1028A(a)(1). Judge Becerra recommends that Defendant Bello-Valdez's plea be accepted, that Defendant Bello-Valdez be adjudicated guilty of the offense to which the guilty plea has been entered, and that a sentencing hearing be conducted for final disposition of this matter. Neither Defendant Bello-Valdez nor the Government filed a notice of objection to Judge Becerra's report and recommendation. Accordingly, having reviewed the record de novo, it is

    **ORDERED** that Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 21] is adopted and approved in its entirety. Defendant Bello-Valdez's guilty plea is accepted, and he is adjudged guilty of aggravated identity theft. A sentencing hearing is set before Judge Paul Huck on Monday, August 9, 2021, at 2:00 p.m.

    **DONE AND ORDERED** in Miami, Florida, on May 31, 2021.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services